IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAKEVIEW LOAN SERVICING, LLC, )<br>)<br>Plaintiff,  )<br>)<br>VS.  )<br>)<br>EVERETT BOLTON, KESHA BOLTON, )<br>and UNITED STATES OF AMERICA, )<br>on behalf of the Secretary of Housing and )<br>Urban Development, )<br>)<br>Defendants.  ) | CIVIL ACTION NO.<br><br>3:25-CV-1786-G-BN |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings and conclusions in this case recommending that the court should dismiss this lawsuit for lack of subject matter jurisdiction. *See* docket entry 11.

The plaintiff Lakeview Loan Servicing, LLC ("Lakeview") filed objections. *See* docket entry 12. Lakeview then moved to dismiss its claims for lack of subject matter jurisdiction, overriding its objections. *See* docket entry 20.

The District Court recognizes that Lakeview has withdrawn its objections, and it reviewed the proposed findings, conclusions, and recommendation for plain error.

Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (docket entry 11) and **GRANTS** Lakeview's motion to dismiss (docket entry 20).

    **SO ORDERED**.

November 10, 2025.

                                                       _____
                                                       **A. JOE FISH**
                                                       **Senior United States District Judge**